IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RAJIV SHASHIKANT SHAH,**

    *Plaintiff*,

v.                                                                  Case No.: 4:25cv500-MW/MAF

**LEON COUNTY CIRCUIT COURT,**

    *Defendant.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Plaintiff's objections, ECF No. 10. As noted in the report and recommendation, Plaintiff has not met the two-part test for removal of a state criminal proceeding under *Georgia v. Rachel*, 384 U.S. 780 (1966).

Plaintiff takes issue with the Magistrate Judge's recommendation that this case be remanded because Plaintiff has not identified a formal expression of state law that will deny him equal civil rights in state court. Plaintiff contends that the very prosecution itself is selective and constitutes a "formal expression" because it substitutes "nationality and ethnicity as evidentiary predicates for fraud." ECF No. 10 at 2. But Plaintiff's argument is both nonsensical and disconnected from the facts as supported by the record. Here, Plaintiff has been charged with organized scheme

to defraud, criminal use of personal identification, money laundering, and securities fraud, based on the alleged fraudulent use of social security numbers and fingerprints and fraudulently notarizing documents for purposes of participating in Florida's Quota Alcoholic Beverage License Drawing. *See* ECF No. 8-1 at 6–12 (probable cause affidavit). Although Plaintiff may wish to present a selective prosecution defense to his charges, the very fact that he is being prosecuted is not a "formal expression of state law" prohibiting the enforcement of any equality-based civil rights in state court. *See Cave v. Florida*, 814 F. App'x 555, 556 (11th Cir. 2020) (describing "exceptionally high" standard for federal removal statute). In short, Plaintiff's objections do not call into question the Magistrate Judge's recommendation to remand this case for failure to meet the two-part test for federal removal.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 5, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Accordingly, Plaintiff's case is **REMANDED** to the Circuit Court for the Second Judicial Circuit in and for Leon

County. The Clerk shall take all steps necessary to effect the remand and close the file.

    **SO ORDERED on December 30, 2025.**

                                      <u>**s/Mark E. Walker**</u>
                                      **United States District Judge**